**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-2341**

_____

NEGUSSIE MENGESHA H. MARIAM,

                    Petitioner,

          v.

ERIC H. HOLDER, JR., Attorney General,

                    Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: July 28, 2009          Decided: August 17, 2009

_____

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Ofelia L. Calderon, CALDERON & DERWIN, PLC, Arlington, Virginia, for Petitioner. Michael F. Hertz, Acting Assistant Attorney General, Ernesto H. Molina, Jr., Assistant Director, Jamie M. Dowd, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Negussie Mengesha H. Mariam, a native and citizen of Ethiopia, seeks review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge and denying his motion to reopen. We have reviewed the administrative record and Mariam's claims and find no error or abuse of discretion in the Board's decision. We accordingly deny the petition for review for the reasons stated by the Board. <u>See</u> <u>In re: Mariam</u>, (B.I.A. Nov. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>